■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ASTACIO MORALES, Appellant. [996 NYS2d 544]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated May 18, 1998 (*People v Morales*, 250 AD2d 782 [1998]), affirming a judgment of the County Court, Westchester County, rendered October 7, 1994.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Rivera, J.P., Roman, Duffy and Barros, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v CHANDRAN NATHAN, Appellant. [996 NYS2d 534]—Application by the appellant for a writ of error coram nobis to vacate, on the ground of ineffective assistance of appellate counsel, a decision and order of this Court dated February 20, 1996 (*People v Nathan*, 224 AD2d 640 [1996]), determining an appeal from a judgment of the County Court, Nassau County, rendered January 4, 1995.

Ordered that the application is denied.

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (*see Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Skelos, J.P., Austin, Cohen and Maltese, JJ., concur.